BABB v. THOMPSON

No. 174P01

Case below: 142 N.C. App. 212

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

BOWERS v. CITY OF THOMASVILLE

No. 291P01

Case below: 143 N.C. App. 291

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001. Justice Martin recused.

BRANDON v. BRANDON

No. 279P01

Case below: 143 N.C. App. 185

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

CENTURA BANK v. QUEENSBORO INDUS., INC.

No. 237P01

Case below: 142 N.C. App. 706

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

CITY OF HILLSBOROUGH v. WILLIAMS

No. 296P01

Case below: 143 N.C. App. 347

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.